## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 383 MAL 2023

                   Respondent           :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

                   v.                        :

                                      :

COLE FRANCIS DUFTON,                   :

                          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 30th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

       Justice McCaffery did not participate in the consideration or decision of this matter.